**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01537-CR

### MARK LYNN MILLIGAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-27465-W

## ORDER

Appellant's brief was originally due March 21, 2013. This Court granted counsel two extensions of time to file the brief and ultimately abated the appeal for findings regarding the brief. On October 11, 2013, this Court ordered appellant to file his brief by November 14, 2013. We warned that if the brief was not filed by that date, we would order J. Daniel Oliphant removed as counsel and would order the trial court to appoint a new attorney to represent appellant. To date, appellant's brief has not been filed. Accordingly, we **ORDER** J. Daniel Oliphant removed as appellant's attorney of record.

We **ORDER** the trial court to appoint a new attorney to represent appellant in this appeal and to transmit the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; J. Daniel Oliphant; and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated in fifteen days or when the order appointing new counsel is received.

/s/     DAVID EVANS
        JUSTICE